## DIFFENBAUGH, APPELLANT, v. NEW HAMPSHIRE FIRE INS. CO.

Appeal, No. 139, July T., 1891, by plaintiff, from judgment of C. P. Lancaster Co., March T., 1889, No. 15, nonsuit, in assumpsit on fire insurance policy.   Argued with preceding case and involving similar facts, and similar state of the record.

PER CURIAM, July 13, 1892.

This case is ruled by Diffenbaugh v. The Union Fire Insurance Company of San Francisco, just decided. [The preceding case.]

Judgment affirmed.